UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JO ANN PARKER KELTY

Plaintiff,                                              Case No.: 6:10-cv-1845-Orl-28KRS

vs.

NATIONWIDE CREDIT, INC.,

Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: April 21, 2011                                    Respectfully submitted,

/s Andrew I. Glenn_____        /s Ira Scot Silvertein_____
Andrew I. Glenn                                           Ira Scot Silverstein, Esq.
E-mail: Andrew@cardandglenn.com           Florida Bar No. 0009636
Florida Bar No.: 577261                              Elizabeth R. Wellborn, Esq.
J. Dennis Card, Jr.                                       Florida Bar No. 155047
E-mail: Dennis@cardandglenn.com            Elizabeth R. Wellborn, PA
Florida Bar No. 0487473                            350 Jim Moran Blvd., Suite 100
Card & Glenn, P.A.                                     Deerfield Beach, FL 33442
2501 Hollywood Boulevard, Suite 100     Tel: 954-354-3544 Ext. 215
Hollywood, Florida 33020                         Fax: 954-354-3545
Telephone: (954) 921-9994                       Counsel for Defendant
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1