**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JO ANN PARKER KELTY

        **Plaintiff,**

-vs-                                              Case No.  6:10-cv-1845-Orl-28KRS

**NATIONWIDE CREDIT, INC.**

        **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. No. 10), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of April, 2011.

*[Signature]*
JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party